IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:11 CR 16

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MARTIN MEDINA. | ) | |
| | ) | |

**THIS MATTER** is before the undersigned, pursuant to a motion entitled "Motion to Withdraw " (#5) filed by Eric J. Foster, former counsel for Defendant. It appears to the Court that attorney James Mills has been retained to represent Defendant in this matter and good cause has been shown for the granting of said motion.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the motion entitled "Motion to Withdraw" (#5) is hereby **ALLOWED** and Eric J. Foster is allowed to withdraw as attorney for Defendant in the above entitled matter.

Signed: September 19, 2011

Dennis L. Howell
United States Magistrate Judge